THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jeffrey Stephen Adcox, Appellant.
 
 
 

Appeal From Pickens County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No.  2011-UP-307
 Submitted June 1, 2011  Filed June 17,
2011

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor W. Walter Wilkins, of Greenville, for
 Respondent.
 
 
 

PER CURIAM:  Jeffrey Stephen Adcox pled guilty to armed robbery,
 assault and battery of a high and aggravated nature, and false imprisonment. 
 On appeal, he argues his guilty plea did not comply with the mandates set forth
 in Boykin v. Alabama, 395 U.S. 238 (1969), and the solicitor engaged in
 prosecutorial vindictiveness.  After a thorough
 review of the record and all briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
SHORT, KONDUROS, and
 GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.